**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-63-DLB-EBA**

**CHRISTOPHER CARPENTER** **PLAINTIFF**

**v.** **JUDGMENT**

**CHRIS NEWMAN** **DEFENDANT**

* * * * * * * * * * * * * * * *

Consistent with the Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) This action is **DISMISSED without prejudice** and **STRICKEN** from the Court's docket; and

(2) This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 31st day of August, 2026.

Signed By:
*David L. Bunning* DB
Chief United States District Judge

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-63 Judgment.docx